CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 9 2010

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE

UNITED STATES OF AMERICA

v.

NEW RIVER MEDICAL ASSOCIATES
LOCATED AT TOWN CENTER DRIVE,
DUBLIN, VIRGINIA

CASE NO. 7:10MJ145

# ORDER

The parties came before the Court today on the government's motion to continue the seal on the case, filed October 6, 2010. This motion is denied.

For good cause shown and in the interest of protecting confidentiality, the Court directs the clerk to delete Document 3 from the docket and re-file it as a permanently sealed document as of the original filing date of June 25, 2010. The government is directed to file a redacted copy of the Application and Affidavit for Search Warrant with the clerk, which shall be filed as Document 3 as of the original filing date of June 25, 2010. Additionally, documents 6 through 23 shall all be deleted from the case and re-filed as permanently sealed documents as of their original filing dates.

It is further ordered that the case itself will be unsealed at this time.

ENTERED: This 19th day of October, 2010.

Michael F. Urbanski
United States Magistrate Judge